125 A.3d 387

IN THE MATTER OF JAMES WILLIAM KENNEDY, AN ATTORNEY AT LAW (ATTORNEY NO. 017231982).

December 9, 2015.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension from practice of **JAMES WILLIAM KENNEDY** of **TOMS RIVER,** who was admitted to the bar of this State in 1983; and good cause appearing;

It is ORDERED that **JAMES WILLIAM KENNEDY** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JAMES WILLIAM KENNEDY** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JAMES WILLIAM KENNEDY** pursuant to *Rule* 1:21–6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **JAMES WILLIAM KENNEDY** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.